**No. 11-6165. Monte L. Haney, Petitioner v. Derral G. Adams, Warden.**

565 U.S. 1022, 132 S. Ct. 551, 181 L. Ed. 2d 411, 2011 U.S. LEXIS 7977, ■■

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 641 F.3d 1168.

**No. 11-6206. Timothy J. Osborne, Petitioner v. Conan O'Brien.**

565 U.S. 1022, 132 S. Ct. 553, 181 L. Ed. 2d 411, 2011 U.S. LEXIS 8069.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

**No. 11-6261. Eric Flores, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

565 U.S. 1022, 132 S. Ct. 554, 181 L. Ed. 2d 411, 2011 U.S. LEXIS 7964.

November 7, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Tenth Circuit denied.